UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80611-CIV-HURLEY/HOPKINS
(lead case)
(consolidated with: Case No. 08-61508)

AXA EQUITABLE LIFE INSURANCE
COMPANY,

        Plaintiff,

vs.

INFINITY FINANCIAL GROUP, LLC, *et al*,

        Defendants.

## PLAINTIFF GIII ACCUMULATION TRUST'S MOTION TO LIFT STAY

Plaintiff The GIII Accumulation Trust ("GIII"), by and through its undersigned counsel, respectfully moves to lift the stay imposed pursuant to this Court's Order of August 26, 2010 [D.E. 215], administratively re-open this case and set a new Scheduling Order, and, in support thereof, states as follows:

### Background

1.      In this action, Plaintiff The GIII Accumulation Trust seeks damages for fraud and negligent misrepresentation from defendant Steven Brasner ("Brasner") arising from Brasner's role in the applications for life insurance policies on the life of Geoffrey Glass. [D.E. 205]

2.      In April 2010, Brasner was charged in Palm Beach County circuit court with multiple felony counts of grand theft, insurance fraud and related charges.

3.      On August 4, 2010, Brasner filed a Motion for Stay of Trial and All Deadlines and Incorporated Memorandum of Law ("Motion for Stay") pending the resolution of the

1

criminal case against him. [D.E. 208] In support of his Motion for Stay, Brasner asserted that he could not participate in discovery without incriminating himself. *Id.*

4. On August 26, 2010, this Court entered an Order granting Brasner's Motion to Stay pending the resolution of the state criminal court proceedings. [D.E. 215] The Court directed the clerk to administratively close the case during the period of the stay. *Id.*

5. The criminal proceedings against Brasner are now concluded. On November 7, 2011, Brasner pled guilty to felony counts of grand theft, insurance fraud and organized scheme to defraud and sentenced to seven years' probation. A copy of the executed guilty plea is attached as **Exhibit A**. A copy of the judgment entered by the criminal court is attached as **Exhibit B.**

6. At the time the stay was entered, the close of discovery was set for September 24, 2010. [D.E. 197] However, virtually no discovery has been taken prior to the entry of the stay because Brasner had invoked his Fifth Amendment privilege against self-incrimination and had declined to participate in discovery.

## Argument

7. Upon resolution of a criminal proceeding, a defendant can no longer assert the Fifth Amendment privilege against self-incrimination. *Reina v. United States*, 364 U.S. 507, 513 (1960) (explaining that "there is indeed weighty authority for the proposition" that "[o]nce a person has been convicted of a crime, he no longer has the privilege against self-incrimination as he can no longer be incriminated by his testimony about said crime"); *see also Doe v. Mann*, No. 6:05-cv-259-Orl-31DAB, 2006 U.S. Dist LEXIS 23274, at *2 (M.D. Fla. Apr. 26, 2006) ("A defendant who has been convicted and whose appeals have run loses his Fifth Amendment privilege and can be compelled to testify about the acts constituting the offense of conviction.").

8. Because the criminal proceedings against Brasner have now been resolved by Brasner's guilty plea, GIII respectfully moves this Court for entry of an order lifting the stay and administratively re-opening the case.

9. Because the parties were unable to conduct discovery prior to the entry of the stay due to Brasner's assertion of his Fifth Amendment privilege against self-incrimination, GIII respectfully moves this Court for entry of a new Omnibus Scheduling Order providing at least six months for the completion of discovery.

10. Counsel for GIII has conferred with counsel for Brasner regarding the relief requested herein and is authorized to represent that Brasner objects to the relief requested.

WHEREFORE, Plaintiff GIII respectfully requests that this Court enter an order lifting the stay, administratively re-opening the case, re-setting discovery and other pretrial deadlines, and for such other and further relief as the Court deems just and proper.

Dated this 27th day of January, 2012

> PROSKAUER ROSE LLP
> *Attorneys for The GIII Accumulation Trust*
> One Boca Place, Suite 421A
> 2255 Glades Road
> Boca Raton, Florida 33431
> Telephone:  (561) 241-7400
> Facsimile:   (561) 241-7145
>
> /s Jonathan Galler
> Matthew Triggs
> Florida Bar No. 0865745
> mtriggs@proskauer.com
> Jonathan Galler
> Florida Bar No. 0037489
> jgaller@proskauer.com
>
> -and-
>
> John Failla
> Elise Yablonski

3

Nathan Lander
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Ph: 212-969-3000
Fax:  212-969-2900

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 27, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                          /s Jonathan Galler
                          Jonathan Galler

**SERVICE LIST**
Case No. 08-80611-CIV-HURLEY/HOPKINS
(lead case)
(consolidated with: Case No. 08-61508)

Natalie Carlos, Esq.
Carlton Fields PA
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, FL 33131
Office: (305) 530-0050
Fax: (305) 530-0055
ncarlos@carltonfields.com
*Counsel for Harlan Altman Insurance Trust; Walter Glass 2006 Insurance Trust; Carol Sciolino 2006 Life Insurance Trust; Kristine Neuhauser; NatiCity Trust Company of Delaware*

Charles Geitner, Esq.
Zachary Harrington, Esq.
Hinshaw & Culberston LLP
100 South Ashley Drie, Suite 500
Tampa, FL 33602
Office: (813) 276-1662
Fax: (813) 276- 1956
cgeitner@hinshawlaw.com
zharrington@hinshawlaw.com
*Counsel for Gary Richardson; Kevin Bechtel; Life Brokerage Equity Group; Life Brokerage Partners; and Life Brokerage Financial Group*

Christopher Frost, Esq.
John Norman Bolus, Esq.
Michael D. Mulvaney, Esq.
Maynard Cooper & Gale
1901 6th Avenue N
Suite 2400
Birmingham, AL 35203
Office: (205) 254-1000
Fax: (205)254-1999
cfrost@maynardcooper.com
jbolus@maynardcooper.com
mmulvaney@maynardcooper.com
*Counsel for AXA Equitable Life Ins. Co.*

Ira Gutt, Esq.
Behar, Gutt & Glazer, P.A.
2999 NE 191 Street, 5th Floor
Aventura, FL 33180
Office: (305) 931-3771
Fax: (305) 931-3774
igutt@bgglaw.net
*Counsel for Steven Brasner; Infinity Financial Group; Infinity Wealth Advisors, LLC; Infinity Boynton Beach, LLC; Infinity Wealth and Insurance, LLC; Infinity Wealth and Investments LLC; Infinity Wealth and Tax LLC; Infinity Wealth and Marketing LLC*

Gary Guzzi, Esq.
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue, 28th Floor
Miami, FL 33131-1714
Office: (305) 374-5600
Fax:    (305) 374-5095
gary.guzzi@akerman.com
*Counsel for AXA Equitable Life Insurance Company*

Kelly Holbrook, Esq.
Broad & Cassel
100 N Tampa Street, Suite 3500
Tampa, FL 33602
Office: (813) 225-3031
Fax:    (813) 204-2125
kholbrook@broadandcassel.com
*Counsel for Gary Richardson; Kevin Bechtel; Life Brokerage Equity Group*

Joshua Katz, Esq.
James Sallah, Esq.
Sallah & Cox
2101 NW Corporate Blvd., Suite 218
Boca Raton, FL 33431
Office:  (561) 989-9080
Fax:     (561) 989-9020
jkatz@sallahcox.com
jds@sallahcox.com
*Counsel for Carol Sciolino*

James Ferrara, Esq.
Shraiberg, Ferrara, & Landau
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431
Office:  (561) 443-0800
Fax:     (561) 998-0047
jferrara@sfl-pa.com
*Counsel for Greatbanc Trust Company, solely as Administrative Trustee of Geoffrey Glass 2007-1 Insurance Trust and the Geoffrey Glass 2007-2 Insurance Trust*

John Failla, Esq.
Elise Yablonski, Esq.
Nathan Lander, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Office: (212) 969-3000
Fax:    (212) 969-2900
jfailla@proskauer.com
eyablonski@proskauer.com
nlander@proskauer.com
*Counsel for GIII Accumulation Trust*

6

Jessica Kirkwood Alley, Esq.
Lawrence Ingram, Esq.
Phelps Dunbar LLP
100 South Ashley Drive, Suite 1900
Tampa, FL 33602
Office: (813) 472-7550
Fax:    (813) 472-7570
alleyj@phelps.com
ingraml@phelps.com
*Counsel for Steven Brasner*

Neil Linden, Esq.
Mitchell Bloomberg, Esq.
Adorno & Yoss, LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134
Office: (305) 460-1000
Fax:    (305) 460-1422
nlinden@adorno.com
mrb@adorno.com
*Counsel for Harlan Altman Insurance Trust; Walter Glass 2006 Insurance Trust; Carol Sciolino 2006 Life Insurance Trust; Kristine Neuhauser; NatiCity Trust Company of Delaware*

Stephanie Reed Traband, Esq.
Jones, Walker, Waechter, Poitevent, Carrere, & Denegre LLP
601 Brickell Key Drive, Suite 500
Miami, FL 33131
Office:  (305) 679-5777
Fax:     (305) 679-5710
straband@joneswalker.com
*Counsel for Harlan Altman*

Matthew Triggs, Esq.
Jonathan Galler, Esq.
Proskauer Rose LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL 33431
Office:  (561) 241-7400
Fax:     (561) 241-7145
mtriggs@proskauer.com
jgaller@proskauer.com
*Counsel for GIII Accumulation Trust; The Geoffrey Glass 2007-1 Insurance Trust; and The Geoffrey Glass 2007-2 Insurance Trust; Walter Glass and Greatbanc Trust Company as Trustees of the Geoffrey Glass 2007-1 Insurance Trust; The Walter Glass 2006 Insurance Trust*

Geoffrey Glass
1705 Stonehedge Court
Wheeling, IL 60090
*Pro se*

Walter Glass
456 H.E. North Walter Street
Chicago, IL 60611
*Pro se*