UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-80611-CIV-HURLEY/HOPKINS

AXA EQUITABLE LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

INFINITY FINANCIAL GROUP, LLC, et al.,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO LIFT
COURT-ORDERED STAY OF ARBITRATION**

    Plaintiff AXA EQUITABLE LIFE INSURANCE COMPANY ("AXA"), by and through its undersigned counsel, hereby files this Motion to Lift Court-Ordered Stay of Arbitration, and respectfully states as follows:

**Introduction**

    On December 2, 2010, this Court ordered a stay of the pending arbitration in which defendant Steven Brasner is a respondent, based upon the pendency of a criminal proceeding against Brasner ("Brasner Criminal Proceeding") brought by the State of Florida. On November 7, 2011, Brasner entered a plea agreement in the Brasner Criminal Proceeding, resulting in a judgment entered in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 2010 CF 004500 AXX. Having resolved the Brasner Criminal Proceeding, there is no just reason for a further stay of the arbitration proceeding against Brasner.

{23145966;1}

**Grounds for this Motion**

1. In this lawsuit, plaintiff AXA sought relief relating to certain fraudulently-procured policies of life insurance, including, without limitation, the return of commissions improperly received by defendants Steven Brasner, Gary Richardson, and Kevin Bechtel (collectively, the "Broker Defendants"). Based upon a motion by the Broker Defendants, the Court ordered that claims relating to those commission payments be asserted and pursued in arbitration [D.E. # 153].

2. On June 8, 2010, AXA brought claims against the Broker Defendants before the American Arbitration Association ("AAA") for the return of the improperly paid commissions and other damages, based on contractual breaches and negligence against all of the Broker Defendants, and based upon fraud and fraudulent suppression by certain of the Broker Defendants, including Brasner (the "Broker Arbitration").

3. On September 20, 2011, Brasner sought a stay of the Broker Arbitration based upon the pendency of the Brasner Criminal Proceeding and the danger that his participation in the arbitration might violate his fifth amendment privilege against self-incrimination [D.E. # 216].

4. On December 20, 2010, the Court entered the an order staying the arbitration [D.E.#220]. In relevant part, the Court directed the AAA to stay the Broker Arbitration "pending resolution of the state court criminal proceedings." [D.E. #220 at p. 3].

5. On November 7, 2011, Mr. Brasner pled "guilty/best interest" to the following counts: (1) Count 1 of the Information, Grand Theft over $100,000, a First Degree Felony; (2) Count 13 of the Information, Insurance Fraud, a Second Degree Felony; and (3) Count 21 of the Information, Organized Scheme to Defraud over $50,000, a First Degree Felony. A copy of his executed guilty plea is attached as Exhibit "A".

6. As a result, Mr. Brasner was convicted of three felonies. A copy of the judgment entered by the Circuit Criminal Court is attached as Exhibit "B".

7. Since the Brasner Criminal Proceeding has now been resolved, the basis for a stay has been removed, and AXA hereby moves this Court for entry of an Order lifting the stay, terminating its direction to the AAA, and instructing the AAA panel that the case may proceed.

8. Plaintiff's counsel has conferred with counsel for Defendants, Bechtel and Richardson. Bechtel and Richardson do not oppose the relief requested, i.e., lifting of the stay as to the AAA proceeding, although they do not agree with certain of the assertions contained in the motion.

## CONCLUSION

This Court should lift its stay of the Broker Arbitration, as well as its direction to the AAA panel in that case, based upon the resolution of the Brasner Criminal Proceeding.

Respectfully submitted,

**AKERMAN SENTERFITT**
Counsel for Plaintiff
SunTrust International Center, 25th Floor
One Southeast Third Avenue
Miami, FL 33131-1704
305-374-5600 (phone)
305-374-5095 (facsimile)

By:   s/ Gary J. Guzzi
         Gary J. Guzzi
         Florida Bar No.: 159440

and

Of Counsel
John N. Bolus, Esq. (*pro hac vice*)
Michael D. Mulvaney (pro hac vice)
Christopher C. Frost, Esq. (*pro hac vice*)
Maynard Cooper & Gale, PC
1901 Sixth Avenue North, Ste 2400
Birmingham, AL 35203
Tel.: (205) 254-1000; Fax: (205) 254-1999

{23145966;1}

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court this 27th day of January, 2012 by using the CM/ECF system which will send a notice of electronic filing to the following attorneys on the attached service list or by U.S. Mail (for unrepresented parties).

                                                                            _____s/ Gary J. Guzzi_____
                                                                            Attorney

**SERVICE LIST**

Ira Gutt, Esq.
Robert J. Edwards, Esq.
Behar, Gutt & Glazer, P.A.
2999 NE 191 Street, 5 Floor
Aventura, FL 33180

Lawrence P. Ingram, Esq.
Jessica Kirkwood Alley, Esq.
Phelps Dunbar, LLP
100 South Ashley Drive, Suite 1900
Tampa, FL 33602

Joshua A. Katz, Esq.
Sallah & Cox
2101 NW Corporate Blvd., Suite 218
Boca Raton, FL 33431

Neil P. Linden, Esq.
Mitchell Bloomberg, Esq.
Adorno & Yoss, LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134

Charles G. Geitner, Esq.
Zachary Harrington, Esq.
Hinshaw & Culbertson LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602

James T. Ferrara, Esq.
Shraiberg, Ferrara & Landau
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431

Stephanie Reed Traband, Esq.
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
601 Brickell Key Drive, Suite 500
Miami, FL 33131

{23145966;1}

5

**SERVICE LIST**

Ira Gutt, Esq.
Robert J. Edwards, Esq.
Behar, Gutt & Glazer, P.A.
2999 NE 191 Street, 5th Floor
Aventura, FL 33180

Lawrence P. Ingram, Esq.
Jessica Kirkwood Alley, Esq.
Phelps Dunbar, LLP
100 South Ashley Drive, Suite 1900
Tampa, FL 33602

Joshua A. Katz, Esq.
Sallah & Cox
2101 NW Corporate Blvd., Suite 218
Boca Raton, FL 33431

Neil P. Linden, Esq.
Mitchell Bloomberg, Esq.
Adorno & Yoss, LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134

Charles G. Geitner, Esq.
Zachary Harrington, Esq.
Hinshaw & Culbertson LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602

James T. Ferrara, Esq.
Shraiberg, Ferrara & Landau
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431

Stephanie Reed Traband, Esq.
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
601 Brickell Key Drive, Suite 500
Miami, FL 33131

{23145966;1}

5

Matthew Triggs, Esq.
Jonathan Galler, Esq.
Proskauer Rose LLP
One Boca Place, Suite 340 West
2255 Glades Road
Boca Raton, FL 33431

Natalie Carlos, Esq.
Carlton Fields, P.A.
100 SE Second Street, #4200
Miami, FL 33131

Kelly Holbrook, Esq.
Broad and Cassel
100 N. Tampa Street, #3500
Tampa, FL 33602

Walter Glass
456 H.E. North Water Street
Chicago, IL 60611

Geoffrey Glass
1705 Stonehedge Court
Wheeling, IL 60090